# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00146-CV

---

**J. G., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 22DFAM329703, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

In this suit affecting the parent-child relationship filed by the Texas Department of Family and Protective Services (the Department), appellant J.G., the father of one of the two children involved in the suit, filed a notice of appeal from the district court's de novo order affirming a ruling by the associate judge that returned J.G.'s child to the child's mother on a monitored basis, dismissed the Department as temporary managing conservator of that child, and continued the Department as temporary managing conservator of the other child involved in the suit. On May 23, 2023, the Clerk of this Court sent a letter to J.G.'s counsel informing her that it appeared this Court lacked jurisdiction over this matter because the district court's order does not appear to be a final, appealable order and requesting that she file a response no later than June 2, 2023. As of today's date, we have received no response from counsel.

In suits affecting the parent-child relationship, this Court has appellate jurisdiction over final orders. *See* Tex. Fam. Code § 109.002(b). An order is final "when it disposes of all

issues and all parties in the record." *In re R.R.K.*, 590 S.W.3d 535, 540 (Tex. 2019) (citing *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001)). The order from which Father seeks to appeal does not dispose of all issues and parties in this suit, which remained pending at the time of the order. Consequently, the order is not final, and we lack jurisdiction to review it. *See id.* at 544; *In re J.D.*, 304 S.W.3d 522, 524-27 (Tex. App.—Waco 2009, no pet.); *see also J.C. v. Texas Dep't of Fam. & Protective Servs.*, No. 03-22-00395-CV, 2022 WL 3691683, at *1 (Tex. App.—Austin Aug. 26, 2022, no pet.) (mem. op.); *In re M.A.M.*, No. 07-19-00173-CV, 2019 WL 3486731, at *1 (Tex. App.—Amarillo July 31, 2019, no pet.) (mem. op.).

We dismiss the appeal for want of jurisdiction.

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed for Want of Jurisdiction

Filed: June 9, 2023

2